# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES *ex rel.* JOHN DOE, )<br>)<br>Plaintiff, Relator, )<br>)<br>v. )<br>)<br>STAPLES, INC. )<br>)<br>OFFICEMAX, INC. )<br>)<br>TARGET CORP. )<br>)<br>INDUSTRIES FOR THE BLIND, INC. )<br>)<br>Defendants. ) | Civil Case No. 08-846 (RJL) |

## ORDER
(March 22, 2013, Dkts. ##39, 52, 54, 56)

For the reasons set forth in the Memorandum Opinion entered this 22 day of

March 2013, it is hereby

**ORDERED** that OfficeMax, Inc.'s Motion for Summary Judgment [Dkt. #39] is

**GRANTED**; and it is further

**ORDERED** that Industries for the Blind, Inc.'s Motion for Summary Judgment

[Dkt. #52] is **GRANTED**; and it is further

**ORDERED** that Target Corp.'s Motion for Summary Judgment [Dkt. #54] is

**GRANTED**; and it is further

**ORDERED** that Staples, Inc.'s Motion for Summary Judgment [Dkt. #56] is

**GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge
